1    Gamma Law, P.C.
     Duy Thai, SBN 157345
2    Email: dthai@gammalaw.com
     Marco Martemucci, SBN 287397
3    Email: mmartemucci@gammalaw.com
4    One Sansome Street, Suite 1400
     San Francisco, California 94104
5    Telephone: 415.901.0510
     Facsimile: 415.422.9962
6

7    Attorneys for Petitioner
     KADOKAWA Corporation

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12   In Re 17 U.S.C. § 512(h) Subpoena to        Case No. 3:26-mc-80008
     YouTube, LLC
13                                               DECLARATION OF HIROYUKI
                                                 NAKAJIMA IN SUPPORT OF
14                                               APPLICATION FOR SUBPOENA TO
                                                 OBTAIN THE IDENTITY OF A
15                                               YOUTUBE, LLC CUSTOMER
                                                 PURSUANT TO 17 U.S.C. § 512(h)
16

17

18   I, Hiroyuki Nakajima, declare as follows:

19              1.      I am an attorney with the law firm Tokyo Flex Law Office,

20   copyright counsel for KADOKAWA Corporation ("KADOKAWA"), a Japanese

21   corporation. I make this declaration in support of KADOKAWA's request for the clerk of

22   the District Court for the Northern District of California to issue the subpoena filed

23   concurrently herewith pursuant to the Digital Millennium Copyright Act (DMCA), 17

24   U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if

25   called to do so, I would testify competently thereto.

26              2.      I am duly authorized by KADOKAWA to make this request on its

27   behalf.

28

1        3.      KADOKAWA is a conglomerate headquartered in Japan. Among

2  other things, the company specializes in the publication and distribution of Japanese

3  novels in both tangible and digital media. Numerous titles published by Kadokawa have

4  achieved a high degree of popularity worldwide, including in the United States.

5        4.      KADOKAWA recently discovered that some of original works, for

6  which Kadokawa is the owner of the copyrights, have been in whole or in part copied,

7  published, displayed, and/or distributed without its authorization by certain users of

8  YouTube, LLC's online video platform. URLs containing the infringing content and user

9  email account information are identified in the DMCA notice KADOKAWA sent to

10  YouTube, LLC on November 21, 2025, a true and correct copy of which is attached hereto

11  as Schedule 1 (the "DMCA Notice").

12        5.      Upon information and belief, YouTube, LLC operates the internet

13  video service "YouTube," which enabled the unauthorized reproduction and distribution

14  of copyrighted works to which KADOKAWA holds exclusive rights, using the URLs

15  (associated with specific user accounts) identified in the DMCA Notice.

16        6.      On information and belief, YouTube, LLC's policies require a

17  subpoena or court order to compel the company to disclose information about a YouTube

18  user or account used in furtherance of the infringement of another's copyrights.

19        7.      The sole purpose for which the requested subpoena is sought is to

20  obtain the identities of the alleged infringer(s) described in the DMCA Notice and such

21  information will only be used for the purpose of protecting KADOKAWA's copyrights.

22        I declare under penalty of perjury under the laws of the United States of

23  America and the State of California that the foregoing is true and correct.

24        Executed on January 14, 2026 in Tokyo, Japan.

25

26        Hiroyuki Nakajima

27

28

DECLARATION OF HIROYUKI NAKAJIMA IN SUPPORT OF SUBPOENA REQUEST
In Re 17 U.S.C. § 512(h) Subpoena to YouTube, LLC