Gamma Law, P.C.
Duy Thai, SBN 157345
Email: dthai@gammalaw.com
Marco Martemucci, SBN 287397
Email: mmartemucci@gammalaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.901.0510
Facsimile: 415.422.9962

Attorneys for Petitioner
KADOKAWA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to YouTube, LLC | Case No. 3:26-mc-80008-TLT<br><br>**SUBPOENAING PARTY KADOKAWA CORPORATION'S NOTICE OF NON-COMPLIANCE BY MOVANTS BONGSEOP KIM, WOOHYUK YANG, AND YOUNGYOON KO WITH THE COURT'S ORDER ISSUED 4/16/2026 AND REQUEST FOR SANCTIONS TERMINATING MOVANTS' MOTION TO QUASH A SUBPOENA** |

On February 6, 2026, Pro Se movants Bongseop Kim, Woohyuk Yang, and Youngyoon Ko (collectively "Movants") filed a motion to quash a subpoena issued on January 15, 2026, under the Digital Millenium Copyright Act ("DMCA"), by Petitioner KADOKAWA Corporation. (D.E. 4) Following initial briefing on the motion to quash, on April 16, 2026, this Court ordered the parties to file supplemental briefing on the issue of fair use. (D.E. 11) Specifically, the Court set the following schedule:

By no later than **April 28, 2026,** Movants must identify the specific videos at issue and their arguments for why the content constitutes fair use.
Petitioner shall file a response by **May 12, 2026**.
Movants may file a reply by **May 22, 2026**.

Movants failed to comply with the Court's April 16th order. Movants have neither served on Petitioner nor filed on ECF by the Court's deadline of April 28 or at any time up to the submission of this Notice any documents identifying the specific videos at issue and their arguments for why the content constitutes fair use. Movants have therefore violated a direct order by this Court. Due to Movants' non-compliance, Petitioner is unable to file a response by May 12, 2026 as ordered.

For the foregoing reasons, Petitioner respectfully requests the Court vacate Petitioner's deadline of May 12, 2026 to file a response, as there is nothing for Petitioner to respond to. Petitioner also respectfully requests that Movants' motion to quash Petitioner's subpoena be denied.

Dated:   May 1, 2026                          GAMMA LAW, P.C.


                                    By      /s/Marco Martemucci
                                            Marco Martemucci
                                            Attorneys for Petitioner
                                            KADOKAWA Corporation

2
SUBPOENAING PARTY KADOKAWA CORPORATION'S NOTICE OF NON-COMPLIANCE BY MOVANTS BONGSEOP KIM, WOOHYUK YANG, AND YOUNGYOON KO WITH THE COURT'S ORDER ISSUED 4/16/2026 AND REQUEST FOR SANCTIONS TERMINATING MOVANTS' MOTION TO QUASH A SUBPOENA
Case No. 3:26-mc-80008-TLT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF and that the filing was served by CM/ECF and email on the pro se Movants at *nova@novalaw.kr*.

/s/Marco Martemucci  
Marco Martemucci
