FILED

MAY 0 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to YouTube, LLC, | Case No. 3:26-mc-80008-TLT<br><br>**SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENA** |

**MOVANTS' SUPPLEMENTAL BRIEF**

**IN RESPONSE TO THE COURT'S ORDER REGARDING FAIR USE**

## I. INTRODUCTION AND COMPLIANCE WITH THE COURT'S ORDER

Movants Bongseop Kim, Woohyuk Yang, and Youngyoon Ko (collectively, "Movants") respectfully submit this supplemental brief in response to the Court's April 16, 2026 Order. This supplemental submission is made pursuant to the Court's order and is intended to provide additional explanation regarding the nature and use of the videos at issue, as well as the relevant fair use considerations.

Additionally, as the attached evidentiary materials require a substantial amount of time to complete notarized translations, we will submit notarized versions at a later stage if necessary.

Movants respectfully emphasize, however, that this proceeding is not a determination on the merits of copyright infringement, but rather a limited inquiry into whether disclosure of identifying information is warranted under 17 U.S.C. § 512(h). The videos at issue were all produced in the Korean language, intended for a Korean-speaking audience, and are currently either removed or set to private. In addition, Movants did not merely repost the original content; rather, each video incorporates editing, summarization, commentary,

narration, and/or distinctive characters or presentation styles. Movants also directed viewers to authorized streaming platforms through video descriptions or pinned comments.

Accordingly, even if the Court determines that a final adjudication of fair use is not appropriate at this stage, this case does not present a clear instance of infringement, and the necessity and proportionality required to justify the irreparable measure of compelled disclosure of personal identifying information have not been established.

## II. PROCEDURAL POSTURE

A.  KADOKAWA obtained a subpoena directed to YouTube/Google pursuant to 17 U.S.C. § 512(h).

B.  Movants filed a Motion to Quash and a Reply.

C.  The Court has indicated that the current record is insufficient to evaluate the fair use issues and has requested supplemental information identifying the content at issue and explaining the manner of use.

D.  In response, Movants provide additional detail regarding the specific nature of the videos, including the amount used, the manner of editing, the presence of commentary, and the absence of market substitution. However, this supplemental submission is not intended to substitute for a merits determination of infringement, but rather to provide limited information relevant to the Court's assessment of whether disclosure is warranted under § 512(h).

## III. IDENTIFICATION OF VIDEOS AND FAIR USE CONSIDERATIONS

A. **The Videos Were Korean-Language Commentary and Summary Videos Directed to Korean Viewers**

The videos at issue are Korean-language videos created and uploaded by Korean residents for a primarily Korean audience. The videos were not directed to the United States market, were not produced in English, and were not intended to substitute for any United States distribution channel.

The videos used selected portions of the underlying works in connection with Korean narration, explanation, summary, commentary, and creator-specific presentation. They were not uploaded as full episodes or as raw reproductions of the copyrighted works.

## B. The Videos Added Narration, Commentary, Editing, and Creator-Specific Presentation

Each video incorporated additional expressive elements, including Korean narration, explanatory comments, scene selection, sequencing, summarization, and in some instances creator-specific characters or presentation formats. These elements distinguish the videos from mere reuploads of the original works.

The challenged use therefore raises at least substantial questions regarding transformation, purpose, and market effect. Those questions cannot be resolved conclusively at the subpoena stage.

## C. The Videos Directed Viewers to Licensed Platforms Rather Than Replacing the Original Works

The Movants also included references in descriptions and pinned comments directing viewers to licensed streaming services in Korea, including Laftel[1], where the original works could be lawfully viewed in full. This conduct is inconsistent with an intent to substitute for the original works and supports the conclusion that the videos functioned, at least in part, as commentary, summary, recommendation, or promotional discussion.

## D. The Videos Are No Longer Publicly Available

The most critical fact in this case is that the copyright claims underlying the subpoena have already been resolved. As previously submitted, each Movant filed a

---

[1] **Laftel :** A South Korean OTT platform specializing in animation, providing content through formal licensing agreements with official importers and production studios. It is widely recognized as the 'Netflix of anime' in Korea. (URL: https://laftel.net/)

3

counter-notification pursuant to 17 U.S.C. § 512(g), and Petitioner failed to initiate any infringement action within the statutory period. As a result, the videos were restored. This is confirmed by the record, including (Sections IV–V and Exhibit F).

As of the present date, there are no active copyright infringement claims pending against Movants, and no ongoing dispute exists. Under these circumstances, the subpoena is no longer meaningfully tethered to a live claim of infringement, and its statutory foundation has been substantially undermined.

**E. Removal of The Content and Absence of Future Infringement**

Movants have voluntarily removed or set to private all videos relating to Petitioner's works and affirm that they have no intention of creating or publishing any future content involving Petitioner's copyrighted material. Accordingly, there is no ongoing infringement and no realistic prospect of future infringement.

Given that the alleged harm has already been fully mitigated, there is no remaining need for disclosure as a preventative measure.

**F. Disclosure Is Not Necessary or Proportionate At This Stage**

The central issue is not whether KADOKAWA may ever pursue a copyright claim. The issue is whether personal identifying information should be disclosed now, before any adjudication of infringement, where the content is no longer public and where substantial fair use and non-infringement questions remain.

Disclosure of identity is irreversible. Once the Movants' personal identifying information is released, the harm cannot be undone. By contrast, KADOKAWA faces no comparable urgency because the challenged videos have already been removed, deleted, or made private.

The balance therefore favors quashing the subpoena, or at minimum staying enforcement until KADOKAWA establishes a concrete need for disclosure in a proper adversarial proceeding.

**IV. Contents at Issue**

4

**A. Bongseop Kim**

- Youtube Account

  https://www.youtube.com/channel/UCdxuGQUbk-SeJlZxMtLGzAg

- Content at Issued ("Content A", Currently set to private)

  https://www.youtube.com/watch?v=ObVlpRbZ-5Q

- Original Work : A ninja and an Assassin Under One Roof

  https://ninkoro.jp/

**B. Woohyuk Yang**

- Youtube Account

  https://www.youtube.com/channel/UCYH0isveXrujjCH4Z2F4p4g

- Content at Issued ("Content B", Currently set to private)

  https://www.youtube.com/watch?v=H4_n70eYN-U

- Original Work : Oshi no Ko

  https://ichigoproduction.com/

**C. Youngyoon Ko**

- Youtube Account

  https://www.youtube.com/channel/UCTyPD6OKjNasbJY1UVsjPRQ

- Content at Issued ("Content C", Currently set to private)

  https://www.youtube.com/watch?v=OL6m9i2ymq4

- Original Work : Once Upon a Witch's Death

  https://arumajo-anime.com/

## V. FAIR USE FACTORS SUPPORT, AT MINIMUM, A SUBSTANTIAL FAIR USE QUESTION

### A. About "Content A" (Bongseop Kim)

#### 1. Purpose and Character of the Use

First and foremost, the YouTube channel operated by Bongseop Kim (https://www.youtube.com/channel/UCdxuGQUbk-SeJlZxMtLGzAg) is not a

5

mere "animation summary" channel. Rather, it is a specialized review channel featuring a unique dynamic between "Narong," an originally created mascot character, and the creator himself, Bongseop Kim(recognized as "the owner of narong" in his contents).

The channel employs a sophisticated production style where Narong's voice is generated through Text-to-Speech (TTS) technology, creating an engaging, comedic dialogue between the characters. The content is structured through a systematic reconfiguration and creative direction of the original work.

Every narration script and the overall directorial flow are entirely original creations. Furthermore, the active integration of custom-designed character illustrations significantly diminishes any dependence on the original footage, thereby establishing a highly distinct and independent form of expression(Exhibit G - Purpose and Character of the Use(Content A, Bongseop Kim)).

The video in question was produced for the explicit purposes of criticism, commentary, and analysis of the animation. Under the doctrine of Fair Use, such uses are expressly permitted as they contribute to cultural advancement and intellectual exchange. The clips and images from the original work were used only to the minimum extent necessary to achieve these critical objectives.

Consequently, the video does not constitute a mere duplication of the original material. Instead, it represents a "Transformative Use," imbued with the creator's original interpretations and unique insights.

## 2. Nature of the Copyrighted Work

The original work, 'A Ninja and an Assassin Under One Roof,' is a creative fictional work. While creative works typically enjoy a broader scope of copyright protection than factual works, it is important to note that the work has been publicly published and is widely available in the market. The user's use of the work does not interfere with the copyright holder's right of first publication.

6

Furthermore, in the context of this specific use, the creative nature of the original is secondary to the transformative purpose – commentary, criticism, parody.

### 3. Amount and Substantiality Used

Content A is approximately 15 minutes and 10 seconds in length, while the original anime consists of 12 episodes of approximately 24 minutes each, totaling about 288 minutes. Content A is a review of Episode 4 of the original work, and it uses approximately 5.27% of the entire series and about 15.8% of Episode 4 specifically.

Content A does not present the original episode in a continuous or sequential manner, nor is it structured in a way that substitutes for the viewing experience of the original work. It does not provide the full narrative progression or a complete resolution of the plot. Rather, the video is centered on Bongseop Kim's original creative elements, including an original character, independently written narration, and unique direction and editing. The original footage is used only in a supplementary capacity to support these elements.

Accordingly, the amount and substantiality of the copyrighted material used are limited and incidental in relation to the work as a whole. This falls within a reasonable scope under the fair use factor concerning "the amount and substantiality of the portion used."

### 4. Effect on Potential Market

Content A does not substitute for or harm the market value of the original anime; rather, it functions to generate interest in the original work and encourage subsequent consumption.

This channel consistently includes links to official streaming platforms in the video descriptions and pinned comments, clearly directing viewers to access the original work through authorized distribution channels rather than through unauthorized or informal means. As of December 2025, the official Laftel links inserted in the pinned comments and video descriptions generated 114,494 total click-through sessions. Among them, 93,987 sessions

constituted engaged clicks, reflecting an engagement rate of 82.09%, with an average engagement time of 20 minutes and 19 seconds. These figures demonstrate that the channel did not merely refer viewers to the original work in form, but in fact generated substantial traffic and meaningful viewer engagement on the authorized streaming platform (Exhibit H – Contents Directing Viewers to Access the Original Works).

In addition, the structure of the video does not present the original content in a complete or self-contained manner. Instead, it is deliberately edited to leave viewers with curiosity about subsequent developments, thereby requiring them to watch the original anime in order to understand the full narrative.

Accordingly, the video does not impair the potential market for the original work and does not have a negative effect under the fair use factor concerning "the effect of the use upon the potential market for or value of the copyrighted work," as set forth in 17 U.S.C. § 107.

## B. About "Content B" (Woohyuk Yang)

### 1. Purpose and Character of the Use

Content B was created for purposes of review and criticism, which are among the paradigmatic examples of fair use. Although the video may generate some advertising revenue, *the U.S. Supreme Court in Campbell v. Acuff-Rose Music, Inc. (1994)* recognized that even uses with a commercial character may qualify as fair use when they are transformative.

Content B does not merely recite or reproduce the original work. It incorporates the creator's own subjective interpretation, analysis, explanation, editing, and voice narration (Exhibit I – Purpose and Character of the Use(Content B, Woohyuk Yang)). Accordingly, Content B is not a mere duplication of the original work but an independent and creative piece of content.

8

Furthermore, as emphasized in *Harper & Row Publishers, Inc. v. Nation Enterprises*, because the original work had already been lawfully published at the time it was used for purposes of criticism, Content B does not infringe upon the right of first publication.

2. **Nature of the Copyrighted Work**

Oshi no Ko is a creative work of fiction that blends various genres. However, it is a previously published work that has achieved significant commercial exposure. The review of content B utilizes only the necessary portions of the work to facilitate a transformative discussion regarding its social commentary and media criticism. Because the primary purpose of my content is analytical and informative, the creative nature of the original work should not preclude a finding of fair use, as it serves a different market function than the original.

3. **Amount and Substantiality Used**

The clips of the copyrighted material included in Content B are limited to approximately less than 10% of the total content, and key plot elements such as the ending or major twists are intentionally excluded.

The audiovisual materials used are employed only as a supplementary means to explain the context of the review. They are incorporated in a restrained manner that does not infringe upon the quantitatively or qualitatively significant portions of the copyrighted work.

4. **Effect on Potential Market**

In general, most videos on the channel are structured to generate viewer interest through review and summary content and then direct viewers to watch the original anime on the official platform(Laftel). To this end, links to the relevant platform are included in the pinned comments and video descriptions, and the same applies to Content B (Exhibit H).

C. **About "Content C" (Yeongyoon Ko)**

1. **Purpose and Character of the Use**

9

Content C was created for purposes of criticism and review, not as a mere reproduction, and includes original interpretation, reactions, sound effects, and modified subtitles(Exhibit J – Purpuse and the Character of the Use(Content C, Yeongyoon Ko)).

In particular, the subtitles are not simple translations of the original, but incorporate my own creative interpretation to make the content more accessible and relatable to viewers. If the use of an existing work creates new meaning or message, it is more likely to be recognized as fair use *(see Leibovitz v. Paramount Pictures Corp. (1998))*. Therefore, Given that Content C contains such creative elements, it is appropriate to regard it as a transformative use.

### 2. Nature of the Copyrighted Work

The original work, *Once Upon a Witch's Death*, is a creative fictional narrative. While it is a highly expressive work, it has been widely published and made available to the public. My use of the work is not intended to exploit its creative essence but to provide critical commentary and analysis on its specific themes and storytelling methods. Given that the work is already in the public domain of commerce, my limited use does not infringe upon the author's right of first publication.

### 3. Amount and Substantiality Used

Content C is approximately 30 minutes and 44 seconds in length, while the original anime consists of 12 episodes of approximately 24 minutes each, totaling about 288 minutes. Content C uses clips from Episodes 1 through 8, and the total amount of copyrighted footage used represents approximately 10.67% of the entire original work. Even when measured only against Episodes 1 through 8, the portion used amounts to approximately 16.01%.

Content C does not reproduce the original episodes in full or in a continuous sequence. The clips are selectively used only to provide context for criticism, commentary, and review. The video does not present the original work in a manner that would allow viewers to experience the anime as a substitute for watching the original episodes.

**10**

Accordingly, the amount and substantiality of the portion used are limited, selective, and reasonably necessary for the review purpose. This supports a finding that the third fair use factor—the amount and substantiality of the portion used—weighs in favor of fair use.

### 4. Effect on Potential Market

Content C does not substitute for the original work; rather, it serves a promotional function by enhancing the value of the original and encouraging its sales. In fact, the video description includes official links to legitimate streaming platforms, through which many viewers have proceeded to purchase and watch the original work(Exhibit H).

## VI. PATTERN OF ASSERTION AND WITHDRAWAL

The record also demonstrates that Petitioner has repeatedly engaged in a pattern of asserting copyright claims, receiving counter-notifications, and then withdrawing or failing to pursue those claims. This pattern is reflected in the materials previously submitted, including (Section V.C).

In fact, with respect to Content A, B, and C, Petitioner also withdrew its claims after receiving counter-notifications(Exhibit K – Withdrawal of Claims by KADOKAWA). Such repeated conduct suggests that the present subpoena may not be directed toward a genuine intent to pursue litigation, but rather reflects an overbroad or coercive use of the DMCA process. The recurrence of this pattern raises serious concerns regarding the propriety of granting the extraordinary remedy of compelled identification under these circumstances.

Section 512(h) is not intended to permit unmasking where the alleged infringement remains materially disputed, the videos are no longer public, and the requesting party has already obtained practical platform-level relief.

## VII. LACK OF NECESSITY AND DISPROPORTIONATE BURDEN OF DISCLOSURE

11

In light of the absence of any ongoing infringement claim, compelling disclosure of Movants' personal identifying information would be both unnecessary and disproportionate. Petitioner is a large, well-resourced corporate entity with the capacity to pursue extensive legal action, whereas Movants are individual content creators with limited means.

If Movants' identities are disclosed, there is a substantial risk that they may be subjected to further legal actions, including civil or potentially criminal proceedings, regardless of the ultimate merits of such claims. Even where such actions lack substantive merit, the burden of responding to legal proceedings can impose significant financial costs, time commitments, and psychological stress on individual defendants.

This risk is particularly acute in the present case, which involves a cross-border context between a Japanese corporation and individual residents of the Republic of Korea. Any resulting litigation would likely involve additional complexities relating to jurisdiction, language, and applicable law, further increasing the burden on Movants. The potential harm arising from disclosure is therefore both significant and, in many respects, irreversible.

## VIII. CONCLUSION

In sum, this case presents a situation in which the underlying copyright claims have been resolved, no active dispute remains, and the potential harm from disclosure is substantial. While Movants have complied with the Court's directive to provide fair use-related information, the Court need not reach a definitive determination on that issue where the foundational basis for the subpoena has dissipated.

Under these circumstances, compelling disclosure of Movants' personal identifying information would be unnecessary, disproportionate, and inconsistent with the purposes of 17 U.S.C. § 512(h). Movants therefore respectfully request that the Court grant the Motion to Quash and deny the requested disclosure.

**12**

Dated: April 24, 2026                    Respectfully submitted,

                                         /s/ Bongseop Kim

                                         Bongseop Kim

                                         /s/ Woohyuk Yang

                                         Woohyuk Yang

                                         /s/ Youngyoon Ko

                                         Youngyoon Ko

                                         Pro Se Movants

                                         Phone: +82-10-2630-4047

                                         Email: nova@novalaw.kr (for correspondence)

**13**

# EXHIBIT   G

## Purpose and Character of the Use(Content A, Bongseop Kim)

The following materials summarize evidence showing that Content A constitutes a transformative and independently expressive use of the original work.

The exhibits are organized by Movants as follows:

**G-1.**  Custom-designed character illustrations

**G-2.**  Creative editorial direction

**G-3.**  TTS-based character dialogue

**G-4.**  Original narration script

## G-1.  Custom-designed character illustrations

First, Content A features an original character, "Narong," created by Bongseop Kim.





**G-2.   Creative editorial direction**

Content A does not adopt or reproduce existing subtitles from the original work. Instead, Bongseop Kim independently translated and reconstructed the expressions in a manner appropriate to each scene, thereby generating entirely new subtitles. This process constitutes a creative translation for the purpose of conveying meaning, rather than a mere linguistic conversion.

In addition, when utilizing subtitles, the channel employs a custom-designed subtitle bar with its own distinctive visual style, as shown below.



Furthermore, the content incorporates specialized subtitles tailored to specific situations, thereby enhancing the overall audiovisual presentation.



Moreover, Content A was edited entirely in-house using Adobe Premiere Pro. This includes the editing of individual cuts from the original work, as well as the integration of subtitles, sound effects, and other audiovisual elements. Throughout this process, background music and sound effects were carefully selected and applied in alignment with the tone, comedic elements, and transitions of the original work.

### G-3.    TTS-based character dialogue

Content A does not simply reproduce the original material. Rather, it introduces the original character "Narong" and presents the work in a review format structured as a dialogue between "Narong" and "Narong's owner." Narong's voice is generated באמצעות Text-to-Speech (TTS), while Narong's owner's voice consists of narration directly recorded by Bongseop Kim.



## G-4.   Narration Script of Content A

Below are excerpts from the script of Content A. The English translation is provided first, followed by the original Korean text (a certified translation may be provided if necessary).

**[Translated(English)]**

When she got home, she found a girl showing something completely out of place—something bizarre.

Surprisingly, the two of them turned out to be an assassin and a ninja.

An assassin and a ninja… acting like that?

On her way home from school, the girl ran into a ninja.

Instead of helping, she kicked her. But since she had no strength, she collapsed anyway.

She took her to a restaurant—not to feed her, but to eat by herself.

An absolutely terrible personality.

Still, she casually suggested, "Rice and pickles are unlimited, so you can eat that."

And just like that, the female lead fell for it.

Even back in the ninja village, she was a bit slow.

She ended up escaping together with rogue ninjas almost by accident.

Anyway, thanks to Konoa, she survived.

While walking together, another ninja came to kill a rogue ninja.

It was a critical moment—but Konoa turned out to be an overpowered assassin.

The problem was disposing of the body…

That's when the female lead turned the corpse into a leaf.

She had the ability to turn anything into leaves.

Naturally, this was extremely valuable to Konoa.

Then another ninja appeared and attacked without hesitation.

Konoa quickly eliminated them—and again, the body was turned into leaves.

They arrived at Konoa's house… which looked like a complete dump.

The female lead cleaned and even cooked perfectly,

yet didn't get so much as a slice of cake.

She really is too easygoing.

She basically became a housewife.

Later, she realized she forgot to deliver a lunchbox.

Using tracking skills, she found Konoa.

They ate with a friend, chatted, and when it came time for assassination,

Konoa handled it without hesitation—

and the female lead turned the body into leaves just as casually.

Given how much money they earn,

it's no surprise they have no mercy.

With money in hand, the female lead wanted new clothes.

At the department store, she practically held a fashion show—

and honestly, it was adorable.

Konoa told her to go to the restroom.

While she was there, a new ninja attacked—

and Konoa instantly killed them.

Then she redirected attention back to the clothes.

The female lead happily forgot she had been used as bait.

The next day, someone approached her on the street—

it was the leader ninja who escaped with her.

He got angry that she was helping an assassin.

At first he seemed normal, even buying her clothes,

but he turned out to be more like a manipulative host living off his partner.

Having left the ninja village, the female lead had no life goals.

While talking with Konoa, she got completely gaslighted

and ended up going along with everything.

Konoa appeared silently, like a true assassin.

The leader tried to argue back, but then—

*[unclear Japanese-like phonetic segment—meaning cannot be verified]*

Then suddenly, Konoa collapsed as if poisoned.

A new ninja appeared to capture rogue ninjas and tried to kill the rest—

but somehow, Konoa was alive.

"How…?"

The leader's ability turned out to erase memories.

He erased the witnesses' memories, and the three escaped safely.

Later, while continuing assassin work,

the female lead tried to get a part-time job.

Her resume was… hopeless.

Even after borrowing a school uniform and revising it with Konoa's help—

especially the personal statement—

she still failed every interview.

The leader, however, had a sponsor partner and gave advice.

Listening to him, it became clear the female lead was being neglected.

Even so, she remained completely attached to Konoa.

Eventually, jealous of the leader's relationship,

she asked for help with romance.

They studied dating magazines and came up with a plan…

which ended in a ridiculous apron outfit incident and total embarrassment.

While rushing to deal with bodies,

a new ninja appeared—collecting all the ones she had turned into leaves,

demanding they be restored.

Konoa arrived and eliminated the threat immediately.

The next day, the house had been turned into leaves.

Furious, Konoa fought with her, and the female lead ran away to the leader's house.

The problem? She had to witness their lovey-dovey relationship.

To repay the favor, she followed the leader—

which led to a couple's fight.

Then suddenly, an explosion.

A yandere tried to kill their partner,

and Konoa showed up and killed them instantly.

After that, the female lead returned to Konoa's house.

That night, the two slept together peacefully.

**[Original(Korean)]**

집에 돌아왔더니 어째 속어대의 프론을 보여주는 소녀, 놀랍게도 이 둘은 암살자와 닌자였죠.

암살자와 닌자가 저러고 있다고?

하교를 하던 중 웬 닌자를 발견한 여학생, 도와주긴 커녕 발로 차버렸으니. 하지만 힘이 없는 나머지 쓰러졌고 식당에 데려와 밥을 먹이지는 않고, 하지만 처먹고 앉았죠. 그야말로 인성 개터진 이 녀석, 밥과 절임은 무한이니 그거라도 먹으라고 제안했고, 그 선심 쓰는 듯한 제안에 홀라당 넘어간 여주였죠.

닌자 마을에 있을 때도 어벙했던 여주, 얼떨결에 탈주 닌자들과 함께 탈주를 해버렸죠. 어쨌든 결과적으로 코노아 덕분에 살아났고, 함께 길을 걷던 중 팔쥬 닌자를 죽이기에 찾아온 닌자. 그야말로 위기일발이었지만 알고 보니 먼치킨 암살자였던 코나였죠. 어쨌든 문제가 있었다면 시체 처리였는데, 그러자 시체를 나뭇잎으로 바꿔버리는 여주.

모든 물건을 나뭇잎으로 바꾸는 수를 사용할 수 있었죠. 뭐 어쨌든 암살자인 코노아에게 있어 너무나 탐나는 능력이었고, 그러나 중 등장한 새로운 닌자.

개빡구 없이 여주를 공격했으니, 물론 빠르게 담가버린 코노아였고. 한 번 더 나뭇잎으로 바꿉니다.

그렇게 코노아의 집에 도착했는데, 그... 어째 쓰레기장이 따로 없죠? 청소는 물론 요리까지 냉한 여주, 훌륭하게 집안일을 했지만 어째 케이크 하나 주지 않았으니. 진짜 쉬어도 너무 쉬운 여자야죠. 얼다야끼리 가정주부가 되어버렸죠.

이후 뒤늦게 도시락을 놓고 갔다는 사실을 알게 된 여주, 당장이라도 전해주려 했지만. 그렇게 추적술을 사용해 코노아를 찾아옵니다. 이후엔 친구와 함께 밥을 먹으며 이야기를 나눴고, 반가워 암살이를 하러 가는데 주저 없이 처리하는 코노아였고. 그걸 또 주저 없이 바꿔버리는 여주였죠.

라고 하기엔 너무 많은 금액을 받는 주인공들, 이거 피도 눈물도 없을 만하죠? 어쨌든 돈도 생겼겠다, 새로운 옷을 사고 싶었던 여주. 백화점에 가서 패션쇼를 진행하는데, 이거 진짜 너무 귀엽죠? 그러자 화장실에 다녀오라는 코노아. 뭔진 모르겠지만 일단 화장실에 가는데, 어째 새로운 닌자가 덮쳐왔고 이때다 싶어 초살을 내버리는 코노아였죠. 그러자 새로운 옷으로 시선을 돌리게 하는 코노아.

미끼인 걸 잊은 채 신나하는 여주였지만. 그리고 다음 날, 어째 길가를 걷던 중 말을 건 인물이 있었는데, 바로 여주와 함께 탈출했던 리더 닌자였죠. 암살자를 돕는 일에 역정을 내는 리더. 새로운 옷까지 사주며 정상적인 인물인가 싶었더니, 그냥 연인 등쳐먹고 있는 호스트 같은 인물이었죠.

닌자 마을을 나와 인생의 목표가 없어진 여주. 코노아와 인생 목표에 관한 얘기를 나누는데, 아주 기가 막힌 가스라이팅을 보여주는 코노아. 거기에 제대로 말려든 여주였지만. 암살자답게 은밀하게 등장하는 코노아.

바로 반박하는 리더였지만. 뭐... (원작 음향)

커피를 마시는 코노아였는데, 어째 독을 먹은 듯 쓰러집니다. 탈조 닌자를 잡기에 등장한 새로운 닌자. 그대로 나머지 둘도 죽이려던 순간, 어째 코노아가 살아있죠? (원작 음향)

살아있죠? 다행히 리더의 능력은 기억을 지우는 곳, 목격자의 기억을 지우며 무사히 빠져나온 셋이었습니다.

그렇게 순조롭게 암살자 일을 하던 중, 따라서 알바 이력서를 작성하는 여주였는데, 이건 뭐 서류왕 탈락 확정이죠. 어쨌든 교복까지 빌려 입으며

이력서를 전달했으나, 따라서 본격적으로 도와주는 코노와 가장 중요한 핵심은 역시 자기소개서였죠. 자기소개서를 코노 아이즈원을 받아 새로 작성한 이력서는, 그렇게 새로운 이력서를 들고 면접을 다녔지만, 이력서는 고쳐도 여주의 빡대가리는 고칠 수 없었고, 결국 모두 광탈합니다. 물론 백수인 건 리더 역시 마찬가지.

다만 리더에게는 물주 연인이 썼으니, 리더가 조언을 해줬습니다. 얘기를 들어보니 이거 완전 찬밥 신세인 여주죠. 문제가 있다며 얘기하는 리더였지만, 아 이건 뭐라 할 말이 없죠. 그런 취급에도 코노아가 너무 좋은 여주, 아주 그냥 졸졸 따라다니며 착 붙어 있었죠.

보통은 이 정도 얘기하면 들어주겠지만, 아 이건 진짜 너무 섭섭하죠. 리더 커플을 보며 너무 부러웠던 여주는, 그러자 발 벗고 도와주겠다는 리더였죠. 사또코는 우리 같은 커플인 것 같다. 둘이서 코노아와 함께, 함께 살아야겠다.

따라서 여자 꼬시는 법을 알려주는 리더, 연애 잡지를 참고해 작전을 짰는데, 우와... 나니 그 각오 어째... 취한 에이프런 차림을 해버렸다. 요금계에 불 진짜 화상 입은 여주였죠.

따라서 호다닥 시세 처리하러 가는데, 그 순간 새로운 닌자가 등장했으니, 여주가 처리한 닌자들을 싸그리 모아오는 이 녀석. 나뭇잎을 다시 인간으로 되돌리라고 합니다. 물론 빠르게 등장해 닌자를 처리한 코노아였죠. 여전히 피도 눈물도 없죠. 그리고 다음 날. 학교에서 돌아왔더니 어째 모든 가구를 나뭇잎으로 봤군요. 그렇게 개빡친 코노하는 실컷 싸우고 리더 집으로 가출한 여자였죠. 거기서 문제가 있었다면 이 꽁냥거리는 커플을 직관한다는 것이었죠.

물론 밥값은 해야 할 거 아니에요. 따라서 리더를 미행하는 여주였는데, 대체 어디에 가나 봤더니 그 탓에 부부싸움을 하는 이 녀석들. 그러던 중 갑자기 폭탄이 터졌으니, 어째 갑작스럽게 벌어진 치정싸움. 얀데레 자가 애인을 죽이려 들었고, 마침 빠르게 등장해 죽인 코노하죠.

그렇게 코노하의 집으로 돌아간 여주. 오늘은 사이좋게 같이 자는 둘이었습니다..

# EXHIBIT   H

## Contents Directing Viewers to Access the Original Works
## (Content A, B, C)

The following materials demonstrate that Content A, B, and C effectively promoted the original works by directing viewers to access them through Laftel[1].

The exhibits are organized by Movants as follows:

**H-1**. Content A (Bongseop Kim)

**H-2**. Content B (Woohyuk Yang)

**H-3**. Content C (Yeongyoon Ko)

---

[1] **Laftel** :   A South Korean OTT platform specializing in animation, providing content through formal licensing agreements with official importers and production studios. It is widely recognized as the 'Netflix of anime' in Korea. (URL: https://laftel.net/)

## H-1. Content A (Bongseop Kim)

At the time Content A was uploaded to YouTube, the video description included both the title of the original work and information directing viewers to an authorized platform where the original could be viewed, namely Laftel.



The same information was also provided in a pinned comment on the video.



The performance of the official streaming link (Laftel) inserted in the pinned comment and video description is as follows (as of December 2025):

- Total clicks(sessions) :   114,494 times
- Engaged clicks :   93,987 times
- Engagement rate :   82.09 %
- Average engagement time :   20 m 19 s
-

In other words, in December 2025 alone, at least 114,494 referrals to Laftel were generated through the links provided in the video description and pinned comment of Content A. Of these, approximately 93,987 users (82.09%) demonstrated meaningful engagement, with an average viewing duration exceeding 20 minutes and 19 seconds, indicating substantive user interaction rather than immediate exit behavior.

| | | 세션 캠페인 ▾ | ＋ | ↓ 세션수 | 참여 세션수 | 참여율 | 세션당 평균 참여 시간 |
|---|---|---|---|---|---|---|---|
| ☐ | | 합계 | | 221,530 | 182,953 | 82.59% | 21분 25초 |
| | | | | 총 개 대비 1 94% | 총 개 대비 1 94% | 평균 대비 +0 14% | 평균 대비 14 3% |
| ☐ | 1 | na_review | | 114,494 (51 68%) | 93,987 (51 37%) | 82.09% | 20분 19초 |

## H-2. Content B (Woohyuk Yang)

At the time Content B was uploaded to YouTube, the video description included both the title of the original work and information directing viewers to an authorized platform where the original could be viewed, namely Laftel.



The same information was also provided in a pinned comment on the video.



## H-3. Content C (Yeongyoon Ko)

At the time Content C was uploaded to YouTube, the video description included both the title of the original work and information directing viewers to an authorized platform where the original could be viewed, namely Laftel.



The same information was also provided in a pinned comment on the video.



The following materials present aggregated data on the number of clicks on the Laftel link generated as a result of Content C.



Each video condenses approximately 3–4 minutes of footage per episode from the original work (which consists of 24-minute episodes across 12 episodes), covering roughly episodes 7 to 10, and is edited into a 20–30 minute video that does not include the ending.

To ensure that viewers who watch my review are naturally encouraged to purchase and view the original work, I included links to Laftel (a lawful streaming platform in Korea) through an affiliate arrangement. In fact, a significant number of viewers accessed the platform through these links and proceeded to purchase and watch the original work.

This demonstrates that Content C posted authorized Laftel streaming links in all videos, actively directing viewers to purchase and watch the original work, and that such efforts resulted in a substantial number of actual purchases.

총 금액

| 채널이름<br>(영어소문자) | 2023-06의 SUM | 6월 금액(x22원) | 소즈 포함 합계 | 천원단위 처리 |
|---|---|---|---|---|
| aegwan | 294 | ₩6,468 | ₩6,468 | ₩6,000 |
| aemo | 353 | ₩7,766 | ₩7,766 | ₩8,000 |
| akakang | 17935 | ₩394,570 | ₩394,570 | ₩395,000 |
| animetamong | 24 | ₩528 | ₩528 | ₩1,000 |
| anithing | 84 | ₩1,848 | ₩1,848 | ₩0 |
| danjinul | 56 | ₩1,232 | ₩1,232 | ₩1,000 |
| dukyangso | 52101 | ₩1,146,222 | ₩1,146,502 | ₩1,148,000 |
| endeavor | 24058 | ₩529,276 | ₩529,276 | ₩529,000 |
| fatic | 1260 | ₩27,720 | ₩27,720 | ₩28,000 |
| gyuhaye | 2129 | ₩46,838 | ₩46,838 | ₩47,000 |
| Halo | 0 | ₩0 | ₩0 | ₩0 |
| hiko | 1229 | ₩27,038 | ₩27,038 | ₩27,000 |
| nalong | 63834 | ₩1,404,348 | ₩1,404,348 | ₩1,404,000 |
| ohlekun | 123 | ₩2,706 | ₩2,751 | ₩3,000 |
| overman | 7845 | ₩172,590 | ₩172,590 | ₩173,000 |
| palrapudding | 4825 | ₩106,150 | ₩106,845 | ₩107,000 |
| ppaksse | 6046 | ₩133,012 | ₩133,012 | ₩133,000 |
| rain | 434 | ₩9,548 | ₩9,548 | ₩10,000 |
| reviewcafe | 2983 | ₩65,626 | ₩65,626 | ₩66,000 |
| smallroom | 7070 | ₩155,540 | ₩155,540 | ₩156,000 |
| uniani | 27183 | ₩598,026 | ₩598,026 | ₩598,000 |
| yali_video | 209 | ₩4,598 | ₩4,598 | ₩5,000 |
| zipperkim | 2729 | ₩60,038 | ₩60,038 | ₩60,000 |
| zzilbong | 69 | ₩1,518 | ₩1,518 | ₩2,000 |
| 총계 | 222873 | ₩4,903,206 | ₩4,908,721 | ₩4,909,000 |

| 채널이름<br>(영어소문자) | 2023-05의 SUM | 5월 금액(x22원) | 전원단위 처리 |
|---|---|---|---|
| aegwan | 317 | ₩6,974 | ₩7,000 |
| aemo | 415 | ₩9,130 | ₩9,000 |
| akakang | 36406 | ₩800,932 | ₩801,000 |
| animetamong | 64 | ₩1,408 | ₩1,000 |
| anithing | 147 | ₩3,234 | 0 |
| danjinul | 190 | ₩4,180 | ₩4,000 |
| dukyangso | 90676 | ₩1,994,872 | ₩1,998,000 |
| endeavor | 13609 | ₩299,398 | ₩299,000 |
| fatic | 1871 | ₩41,162 | ₩41,000 |
| gyuhaye | 1509 | ₩33,198 | ₩33,000 |
| Halo | 75 | ₩1,650 | ₩2,000 |
| hiko | 386 | ₩8,492 | ₩8,000 |
| nalong | 49822 | ₩1,096,084 | ₩1,096,000 |
| ohlekun | 186 | ₩4,092 | ₩4,000 |
| overman | 7692 | ₩169,224 | ₩169,000 |
| palrapudding | 5510 | ₩121,220 | ₩144,000 |
| ppaksse | 1523 | ₩33,506 | ₩34,000 |
| rain | 868 | ₩19,096 | ₩19,000 |
| reviewcafe | 2814 | ₩61,908 | ₩62,000 |
| smallroom | 10340 | ₩227,480 | ₩227,000 |
| uniani | 38789 | ₩853,358 | ₩853,000 |
| yali_video | 156 | ₩3,432 | ₩3,000 |
| zipperkim | 6164 | ₩135,608 | ₩273,000 |
| zzilbong | 80 | ₩1,760 | ₩2,000 |
| 총계 | 269609 | ₩5,931,398 | ₩5,931,000 |

| AC | AD | AE | AF | AG |
|---|---|---|---|---|
| | 채널이름 (영어소문자) | 2023-04의 SUM | 4월 금액(x22원) | 전원단위 처리 |
| | aegwan | 315 | ₩6,930 | ₩7,000 |
| | aemo | 378 | ₩8,316 | ₩8,000 |
| | akakang | -86927 | -₩1,912,394 | -₩1,912,000 |
| | animetamong | 262 | | |
| | anithing | 141 | ₩3,102 | 0 |
| | danjinul | 498 | ₩10,956 | ₩11,000 |
| | dukyangso | 50780 | ₩1,117,160 | ₩1,120,000 |
| | endeavor | 52298 | ₩1,150,556 | ₩1,151,000 |
| | fatic | 3691 | ₩81,202 | ₩81,000 |
| | gyuhaye | -9468 | -₩208,296 | -₩208,000 |
| | Halo | 457 | ₩10,054 | ₩10,000 |
| | hiko | -2042 | -₩44,924 | -₩45,000 |
| | nalong | -95155 | -₩2,093,410 | -₩2,093,000 |
| | ohlekun | -285 | -₩6,270 | -₩6,000 |
| | overman | -2270 | -₩49,940 | -₩50,000 |
| | palrapudding | -10966 | -₩241,252 | -₩241,000 |
| | ppaksse | -15830 | -₩348,260 | -₩348,000 |
| | rain | 536 | ₩11,792 | ₩12,000 |
| | reviewcafe | 3828 | ₩84,216 | ₩84,000 |
| | smallroom | -56650 | -₩1,246,300 | -₩1,246,000 |
| | uniani | 54317 | ₩1,194,974 | ₩1,195,000 |
| | yali_video | 231 | ₩5,082 | ₩5,000 |
| | zipperkim | 5137 | ₩113,014 | ₩113,000 |
| | zzilbong | 104 | ₩2,288 | ₩2,000 |
| | 총계 | -106620 | -₩2,345,640 | -₩2,346,000 |

# EXHIBIT   I

## Purpose and Character of the Use(Content B, Woohyuk Yang)

The following materials summarize evidence showing that Content B constitutes a transformative and independently expressive use of the original work.

The exhibits are organized by Movants as follows:

**I-1**. Screenshot of the YouTube Interface for Content B
**I-2**. Video Discription of Content B

## I-1. Screenshot of the YouTube Interface for Content B

This exhibit is a screenshot of the YouTube Studio interface for Content B, showing the video description and related metadata at the time of publication.



## I-2. Video Discription of Content B

As reflected in the screenshot, the video description explicitly identifies the title of the original work and provides a direct link to the authorized streaming platform, Laftel, thereby guiding viewers to access the original content through legitimate channels.

설명 ⑦
애니제목 ➡ 닌자와 암살자의 동거
보러가기 ➡ https://laftel.net/item/42768?utm_campaign=duk_review&utm_content=ninkoro

덕양소 인스타그램: https://www.instagram.com/dukyangso/

문의 및 팬아트 : yyyjhong7@naver.com

덕양소에게 선물하기 - https://vo.la/YppfP

편집자: 정우님

사용된 bgm
🎵 Music provided by 브금대통령
Track : Black Comedy - https://youtu.be/gHISF3VpB9U
Track : Reopening - https://youtu.be/7ZoMlr7wl-Y
Track : Jane The Spy - https://youtu.be/6eX_SzCwPRA
Track : 웃기고있네 - https://youtu.be/aY7VLF71pNM
Track : Simple  - https://youtu.be/RFDuzbSoU6Q
Track :  Mr. Scrooge - https://youtu.be/KHR2IcENsgc
Track : 도둑의 계획 - https://youtu.be/CKul-6-Izhc
Track : 그 빵은 내꺼야 -  https://youtu.be/Jyh4ETOLIhQ
Track : 그때의 우리 - https://youtu.be/3i-yOWRJjwk
Track : Fun Night in Philippines - https://youtu.be/rw5Sx5YQ4_0

#덕양소 #애니리뷰 #애니추천

🛍 제품

In addition, the description includes creator-added elements such as original commentary context, external links, and curated background music references, demonstrating that the video is not a mere reproduction of the original work but rather incorporates independently created editorial and expressive components.

Accordingly, this exhibit supports the position that Content B was created for purposes of review and commentary, and that it adds independent value rather than serving as a substitute for the original work.

# EXHIBIT  J

## Purpose and Character of the Use(Content C, Yeongyoon Ko)

The following materials summarize evidence showing that Content C constitutes a transformative and independently expressive use of the original work.

The exhibits are organized by Movants as follows:

**J-1**. Unique Concept of Content C

**J-2**. Editing Process of Content C

**J-3**. Narration Script of Content C

## J-1. Unique Concept of Content C

Yeongyoon Ko's channel operates under a consistent concept of "disliking romantic tension between men and women." In line with this concept, all videos apply blurring or sticker overlays to scenes involving physical contact between male and female characters, thereby maintaining a consistent entertainment-oriented theme. The same approach is applied in Content C. Please refer to the materials below demonstrating this "dislike of hand-holding" concept.

This exhibit consists of screenshots showing Yeongyoon Ko's channel-specific visual concept of disliking romantic tension or physical contact between male and female characters. The screenshots show that scenes involving such contact are edited with blurring or sticker overlays, thereby adding a recurring comedic and entertainment-oriented layer to the original footage. This supports the position that Content C reflects the creator's independent editorial concept and does not merely reproduce the original work.



## J-2. Editing Process of Content C

This exhibit visually demonstrates that Content C was reconstructed through extensive editorial intervention, including clip-by-clip segmentation, continuous subtitle insertion, and layered audiovisual modification. The density of editing reflected in the timeline makes clear that the work is not a passive reproduction, but a substantially transformed work incorporating new expression, structure, and meaning.







## J-3. Narration Script of Content C

This exhibit contains the script used in Content C. The script demonstrates that Content C is not a mere summary or mechanical reproduction of the original work. Rather, it incorporates Yeongyoon Ko's own commentary, humor, subjective interpretation, and paraphrased expressions throughout the video.

The script includes informal comedic remarks, creator-added explanations, exaggerated reactions, and narrative transitions that are not part of the original work. These elements support the position that Content C was created as a review and commentary-based secondary work, involving independent editorial judgment and creative expression.

Accordingly, this exhibit supports the argument that Content C adds new expression, meaning, and character to the original work, rather than serving as a substitute for it(a certified translation may be provided if necessary).

## [Translated(English)]

On her 17th birthday, Gal continues her ordinary life at her master's house. However, according to her master, she is destined to be cursed on her birthday, and by the time she turns 18, her body will rapidly age and eventually perish. The curse is tied to a mechanism in which witches collect "tears of joy." Despite this fate, Gal decides to step outside and encounters a young girl who wishes to make her sleeping mother happy by finding a place her mother once mentioned. Through observation and reasoning, Gal interprets the meaning behind the flowers and herbs left by the mother, ultimately conveying the mother's love to the child. Through such encounters, Gal collects tears of joy. As the story progresses, Gal learns that death is an inevitable part of fate, but also that meaningful closure and emotional fulfillment can still be achieved before the

end. She gradually begins to understand the value of living fully despite limited time.

Gal meets various individuals, including other witches and companions, each with different perspectives on magic and life. One character, who resents magic due to past trauma, eventually begins to change after forming a bond with Gal.

Throughout her journey, Gal helps others in need, sometimes initially motivated by collecting tears, but eventually realizing that genuine empathy and selfless actions bring her greater fulfillment.

As she continues to use her magic to help people, she gains recognition and is eventually given a title as a witch loved by her community.

Later, she becomes involved in larger-scale events, including efforts to resolve environmental issues through magic and protect entire regions. In these moments, her emotional growth and determination allow her to perform increasingly powerful acts of magic.

In one critical event, Gal uses her abilities to save an entire island from destruction, demonstrating significant personal growth and reinforcing her desire to help others.

As she gathers more emotional experiences and continues her journey, she moves closer to overcoming her curse. The story ultimately raises the question of whether she will be able to survive beyond her destined fate and continue living as a witch who brings happiness to others.

**Verification Limitations

The original Korean script contains colloquial expressions, slang, intentionally distorted wording, and partially mixed Japanese phonetic text. Accordingly, certain portions cannot be translated with complete literal precision.

Where the meaning of a phrase was unclear, the translation was prepared based on the surrounding context and overall narrative flow. Therefore, some

expressions should be understood as context-based translations rather than exact word-for-word translations.

If necessary, a certified translation may be submitted later to confirm the precise meaning of the original Korean script.

**[Original(Korean)]**

오늘 17 번째 생일을 맞이한 견마의 갈 오늘도 스승님의 집에서 평소와 다름없는 일상을 보내고 있습니다. [음악] [음악] 예. 할의 말로는 갈는 생일을 맞이하는 날에 저주에 걸릴 운명이었고 18 번째 생일이 되면 급격한 노를 금방 쭈글쭈글해지며 결국 문들어진다고 [음악] [음악] 魔日 の集人 がつ愛 のうち喜び の 感情 で作られ はれん人 の喜び の 感情集め喜ん 기쁠 때 흘리는 눈물을 마녀가 모은다라 썩었어 갈기는 어떻게든 되겠지라는 생각으로 일단 거리로 뛰쳐나왔고 평소 자신을 잘 따랐던 약방 소녀와 만나게 되는데요. 아이는 잠들어 있는 어머니가 기뻐할 수 있도록 선물을 하고 싶다며 어머니가 말했던 곳을 찾고 싶어 했는데 [음악] 갈는 봄에 분홍색 눈이 내렸다는 말을 듣고 무가를 떠올렸고 아이의 어머니가 잠들어 있다는 곳으로 향했습니다.

입니다. 그리고 갈두기는 집에 장식되어 있었던 꽃들은 모두 어머니가 여행을 갔었던 나라를 상징하는 꽃이며 꽃을 통해 자신의 아이에게 더 많은 세상을 보여주고 싶어 했다는 것을 추리했고 어머니가 모아둔 약초들은 남편이 건강을 챙길 수 있도록 했다는 것을 이야기해주며 그들에게 어머니의 마음은 죽어서도

남아 있다는 것을 전해줄 수 있었습니다. [음악] [음악] 悲しみ がっ涙 だ 。 それ でどうする　ん　だ　？　諦め入れるわか涙集めせ私残りス涙集めて　[음악] [음악] 노기는 할 유품이었던 소중한 시계가 마탱이가 같다며 그것을 붙기 위해 이곳에 찾아온 것이었는데 이세 모든 사물의 정이란 것이 깃 있었고 그 정령이 오늘 일하고 있었기 때문에 현재했던도이 시계는 고칠 수 없었습니다. 長く働い てくれ　に　感謝　をゆっくり休ん　でください言っ　て　ん　だ　よ眠り　の静か にれうっ断り　　はた生まれ帰갈는　[음악]　이별은　새로운　만남이란　것을 가르쳐주었고 오늘은 인연으로 기쁨의 눈물을 빨아먹을 수 있었습니다.


[음악] 신을 르게 된 인간은 뭐지? 죽었은 운명은 바꿀 수 없다며 갈에게 가르침을 주려고 했었는데 그렇다면 죽음을 바꾸려고 하는 짓을 하려는 자신도 잘못되었다며 그의 죽음을 받아들이지 못한 갈는 스승 싸우고 집을 나오게 なんてこういち何年さて見て図書館そう運られる運られ運世界が滅して最後に何や りやっぱり家族一 [음악] 할머은 본인도 마지막에 가깝다는 것을 알고 있었고 떠나기 전에 가족 모두와 만날 수 있었다는 것의 기쁨에 눈물을 흘렸으며 정해진 운명은 바꿀 수 없었지만 발버심의 마지막을 장식할 수 있다는 것을 배우게 된 갈기 北米 에 よる国際魔議 は最近問題 에 な って 있는 の力 최근 생태의 파괴 같은 문제로 스승은 오랜 시간 동안 집을 비우게 되었고 제자년이 걱정되었던 스승은 자신의 집에 닦아렸던 다른 현자 눈나를 보내온 것이었는데 그녀는 발이 존나 구렸습니다. 갈기는 그저 스승이 시킨 대로 땅을려고 있었을 뿐이었지만 그녀는 갈기 성실한 모습을 높게 평가하고 있었고 수 있을 것라미 것이

무엇이냐고 물어보게 되는데私 [웃음] [음악] なさい植物知識 [음악] 界 그날 밤 오늘은 유성이 떨어진 날이었고 현재 눈난 아이답자는 갈기의 대답과 표정에서 그녀가 무가 고민이 있다는 것을 알게 되는데라 [음악] 그녀는 갈게 마법의 가능성은 무한하며 살아 있어야 이런 것을 볼 수 있다는 이스로 갈게이 앞으로 살아야겠다는 이유와 의지를 붙여주었죠. 와 그런데 눈님 부피가 다르네 [음악] 갈기는 조금 띠껍긴 했었지만이 커다란 오빠이를 주물러보고 싶다 생각 자신도 그녀가 보고 있을 넓은 세상이 보고 싶어졌고 조금씩이지만 살고 싶다는 마음가 커져가고 있었죠. 그리고 며칠 뒤 할매는 이번 국제 위에서 이의 문을 개방해서 세상을 조정하는 커다란 일을 하기로 했었는데 나이 때문에 허리가 터져버렸습니다.


그래서 할매는 자신을 대신해줄 다른 현자를 집으로 부르게 되는데所는 [음악] 어떻게든 친해져보기 위해 여모 노력을 해보지만 파는 아무 말도 대구를 해주지 않았고 처음으로 입을 연다는 것이는 이명이 없다는 갈에게 다시 관심을 잃었고 자신 이번에 할 일을 연습해 [음악] はどうて魔法どうして私れを様が引きくれ心ついから当たり前に魔が身にっ魔法選ん魔を学明確目 さて私の目は魔消 사실 파이 있었던 지역에서는 마법이란 것은 마의 힘이라당하고 있었고 태어났을 때부터 마법에 재능이 남달랐던 파기는 악마의 자식이라며 부모에게 버려졌다고 그래서 파기는 자신의 모든 것을 잃게 만든 마법을 미워하고 있었고 언젠가 잃어버린 것을 되찾기 위해 마법을 없애하고 있었던 것이었죠. さんこの空間続を安定させる術様ちょっと違うで魔法

그리고 파기 마법진을 가동시키는 당일 핫도기는 이번 마법의 커다란 분을 만들어냈고 남아 어떻게든 군을는 갈기 [음악] なんていよう [음악] 그리고 다음날 이제 남은 건 파의 퍼레이드 정도였고 친구가 된 둘은 오늘 정도 느긋하게 잉치가요集めどうする呪かっ たっけ 지금 그녀들에게 말을 걸어온 노뚜기는 이곳에서 어떤 남자를 기다리고 있다는데 그녀는 작년 이맘쯤에 어떤 남자에게 도움을 받았고 그 남자에게 홀딱 젖어버렸으며 올해 퍼레이드 다시 만나 약속에 지금 설레하고 있었습니다. 하지만 그녀들은 오래 불꽃놀리는 중지라 사실을 알고 있었고 그녀가 젖어버린 남자와 다시 만나지 못할 것이라 생각에 가만히 있을 수가 없었죠. もし話 の つけ たら諦め させ た がっくるかっ [음악] 남자는 자신이 수인족이라 그녀와 다시 만나도 이루어질 수 없다며 망설리고 있었지만 불꽃놀이가 없어도 찾아온 것이라면 일단 처받고 보라면 그를 설득하는 갈기 彼 も私くれ の ね の はれ 그리고 그날밤 내일 자신의 비를 뽕내서 폭을 터트려 했던 갈기는 존나 연습하고 있었고 그것을 지켜보고 있었던 파뚜기는 어째서 이렇게까지 열심히 하냐고 물어보게 되는데 갈기는 자신의 마법으로 사람들이 행복해졌으면 좋겠지만 자신에게 남은 시간은 1년밖에 없으니 전력으로 살아가고 있다.

모든 것을 털어 놓았습니다. 파뚜기는 마법으로 사람들이 행복해질 수 있다면 자신은 왜 그러지 못했냐고 존나 찡찡됐지만 앞으로 자신이 행복하게 해주겠다면 약속하는 갈두기 이로써 파두이나 친구를 사귀면 자신이 제일 싫어했던 마법을 더 이상 싫어할 수 없게 되었고 이젠 그녀의 마법을 응원하기로 하네요. [음악]

그들은 맺었 오늘도 기쁨의 눈물을 샤킹치는 갈기く [음악] もう消し たい と 私 に とっ て も 魔法 は 友達 と の絆 だ から 私 が いい と まで に 死ぬ こと は 許さ ないら 殺す [음악] [웃음] 갈기는 최근들어 사람들의 눈물을 빨아먹는 것에 능숙해졌고 어떻게 하면 쉽게 눈물을 빨아먹을 수 있는지만 생각하고 있었는데요. 供れやら 弱すぐ 困りを 見つけ 狙け 魔簡単 入るん 女子供や 疲れ 会員 なんかを 狙うさ 意外 さり 入る だよねと 慣れとんの口 [음악] 그녀들은 갈두가 사람들을 행복하게 만들어주는 마녀가 아닌 자신의 사리 사으로 움직이는 것이 띠온 것이 없고 마구잡이로 선행을 베었던 슬슬 찾아오기 시작합니다.

갈이는 누구든 도움이 필요한 사람이 보이면 도와줬기 때문에 그들을 제대로 기억하지 못하고 있었고 눈물을 빨아먹겠다는 목적 없이 남을 도와줬을 때가 자신도 더 기뻤다는 것을 느끼며 반성하기 시작했죠.喜び 悪い 最初 は 誰 の 純粋 な 感情 を に 喜び を 感じ て い た 。 最悪 だ 。 マジ で な 私人 をけ て も涙 だろう [음악] [음악] 사람들의 진심어린 감사에 다시 한번 마음이 움직였고 앞으로는 한 사람 한 사람 때마다 진심으로 그 사람을 걱정해주기로 하였죠. 이 세계에서 마녀의 이명은 사람들에게 인정을 받음으로 지어지는 것이었고이 마을을 사랑하는 마녀인 갈에는 라스의 마녀 이명이 사람들에게 붙진 것이었습니다. 魔女 [음악] 했던 그들은 이번 마법식 참하기로 하였고 물 갈기도 끌려가는 모양이네요. [음악] [음악] 그리고 갈는 떨어나게 되는데目っ こっ 何かの 住者 さんや が 見つかる で 一回る 本興味深い 研究が 多いち 制薬 会社の 魔法役 発表 開発 協力者が 祈え 実の 姿が が ズボラ で作り で足 が なんか 祈り

を見ら ん かちこち し てった けど つかって る の ねつい [음악] と 思って は何 그리고 그들은 오늘 있을 중요한 발표 소식을 듣기로 하는데 발표하는 자리는 갈이가 방금 봤었던 여자가 있었습니다.

[음악] 그들은 마법으로 환경 문제를 해결하고 행성을 컨트롤하려는 엄청난 계획을 발표하고 있었고 갑자기 나타난 파뚜기는 갈기 함께 있는 아이는 애가 아니란 말을 하게 되는데 사실 갈고 다녔던 아이가 어느 마녀였다고 하는데 그는 현자지만 마법을 사용할 수 없었기 때문에 대을 세워서 활동하고 있었던 것이었고 아까 가 현장에서 봤었던 제이 마녀 또한 비슷한 이유로 노출를 꺼려하고 있답니다. 뭐 아무튼 그녀 또한 현자라는 것은 틀림 없었고 저주가 풀리면 소중한 것을 이는다는 말은 일단 기억해두기로 하였죠. 그리고 며칠 뒤에 모난 상처가 보이는 것은 많이던 갈기뿐이었고 갈기는 스승에게 그것에 대해 물어보게 되는데요. [음악] 하지만 갈는 스승의 말을고 아이에게 다가갔고 그의 어머니 또한 존나 미인 정복하면 어머니 또한 재물로 쳐졌다는 것을 알게 되며 집안에 여자들을 악마에게 바친 것이 아이의 아버지라는 사실에 도달하게 되었죠.

お母さん に聞い たら業 で 失敗 した と なん と か で 失敗 一変 な人 と交 し て た みたい悪契約 を ある と いう こと は契約 をする だっ て ある はず だ をける に は壊せだ 이야. 어머니 매만 없었어도 가능할지도 그는 온가 실패로 세상에 실이 나셨던 것이었고 악마의 달콤한 말이 아내와 아이를 팔아버린 것이었으며플스원으로 악마에게 갈기 또한 팔아버리려 하고 있었는데요.

[음악] 그런데이 정도면 사업이고 나발이고 가족이 굶어죽을 것 같은데 갈는 아이의 아버지를 지켜주지 못한 것이 미안했으며 더 훌륭한 만가 되어 더 많은 사람들을 구하기로 아이와 약속했죠. [음악] 다네.

그리고 며칠 뒤이 마을이 생겨날 때 심어진 나무는 인간에 의해 오염되어 이제는 없애야 했었고 그 일을 검토기와 갈기가 막게 되는데 く影響する 可能 が あるやるん の愛し この 町 を守 に [음악] と は魔는이 [음악] 나무의 깊은 경이었고 그는 갈밖에 보이지 않았습니다. 또한 자신이 사랑하는이 마을을 위해 자신의 존재가 사라지는 것을 받아들이고 있었고 갈는 그런 그녀를 위해 마지막으로 그녀에게 지금까지 자신이 지켜온이 마을을 구경시켜주기합니다. 懐かしい な 。 ここ が桜 の 魔法 使っ ここ し た の 그리고 마법으로 나무를 조지는 당일 갈기는 마지막으로 흰에게 작별 인사를 하려 했지만 그녀는 어디에도 보이지 않았는데요. 흰뚜기의 오염은 그들이 생각했던 것보다 빠르게 진행되고 있었고 구속에 쌍박혀서 남들에게 피해를 주지 않고 혼자 죽으려고 하는 흰뚜기하지도 [음악] [음악] 갈기는 죽을 힘을 다해 마법을 발동시켰고 그녀를 구하고 싶다 생각한 강한 마음이 기적을 일으켰죠.

あの 、 あんた が やっ は の魔力 に かかっ た の 魔 をくす よう な 大魔の魔法스 [음악] [음악] 또다시 며칠 뒤 갈 치료 이번에 사용 능력을 조사하기 위해 그들은 은 선말이 있는 자에게 향했습니다. [음악] 수천년 전부터이 마을은 자연로 많은 피해를 입고 있었는데 어떤 마녀가이 마을의 종을 선시한

다음부터는 그런 일들이 없어졌다고 합니다.을 지금의 스승의 도움을 어렵게 살아날 수 있었다고 합니다. [음악] 그리고 마을 구속에 있는 어느 카페에서 갈는 과나게 되는데책은 얼마 전에 말도가 80%가 넘어간 나무를 구한 갈 의사로서 관심이 있었고 자신의 능력을 밝혀낼 수 있다면 많은 사람들을 구할 수 있다는 말에 그에게 적극적으로 협는 기사 갈는 어릴적 마력 때문에 저주가 걸린 것이었고 저주를 계기로 몸에 구조가 조금 변이되어 있었습니다. 界 지금 당장 그에게 마법을 없었기 때문에 실험을 입터해보기로 합니다.

[음악] 며칠 뒤 갈의 협력이 있었음에도 잭의게 연구는 나아질 기미가 보이지 않고 있었고 그들은 다시 한번 절망을 경험하고 있었는데 갈두기의 경험에서 지금까지 풀리지 않았던 수수께끼를 풀 수 있었습니다. 마법의 감정을 담으면 더욱 강해질 수 있다는 것을 밝혀냈는데 현대 와서 그런 기술이 사라진 이유는 감정은 불안정하기 때문이라고 합니다. 그래서 지금까지 갈뛰가 모두를 위해 사용한 마법은 더욱 강력하게 발동되었던 것이었고 지금 침대에 누어 있는 그 소녀를 구하고 싶다는 마음으로 마법을 사용하게 된다면 어쩌면 구할 수 있을지도 모르는 상황이었습니다. [음악] 갈는 다시 한번 그녀를 구하고 싶다는 마음으로 마법을 발동시켰고 지금껏 치료하지 못했던 그를 구해내며 하지만 그런 기쁨도 잠시 지금껏 커다한 자연제로부터 단전했던 이섬은 엄청난 스미가 닥쳐오고 있었고 몇 시간 뒤에 이섬은 지도에서 사라질 위기였습니다.

그리고 갈두기는 이섬 쿠석구석에 쓰여진 낙서가 사실은 전설의 만력을 남긴 마법 문자라는 것을 알게 되었고 섬 전체에 그랬진을 모두를 구하고 싶다는 마음을 담아 발동시키기로 하였죠. 愛사 마저라 [음악] [박수] 갈기에는 이번에 섬의 모두를 구해내며 수많은 감정의 조각을 얻어낼 수 있었고 이제 조금만 더 힘을 낸다면 18 살이 쭈글쭈글해지는 것은 피할 수 있게 되는데요. 과연 그녀는 저주를 풀고 앞으로도 많은 사람들을 행복하게 주는 마녀가 될 수 있을까요? 지금까지 어느 마녀가 죽을 때까지였습니다..

# EXHIBIT   K

## Withdrawal of Claims by KADOKAWA

The following materials summarize evidence showing that all the videos(Content A ・ B ・ C) were restored following the counter-notification process.

The exhibits are organized by Movants as follows:

**K-1**. Content A(Bongseop Kim)

**K-2**. Content B(Woohyuk Yang)

**K-3**. Content C(Yeongyoon Ko)

## K-1. Content A(Bongseop Kim)

3/18/26, 12:41 PM                    Gmail - Re: [RPFI4AMSUE6GWGKTFQITIH56EY] 새 저작권 반론 통지

 Gmail                                                      나롱이네 <nalong643@gmail.com>

### Re: [RPFI4AMSUE6GWGKTFQITIH56EY] 새 저작권 반론 통지

YouTube Copyright <youtube-disputes+0s6eu7kkgrje10h@google.com>          Thu, Sep 4, 2025 at 4:37 PM
Reply-To: YouTube Copyright <youtube-disputes+0s6eu7kkgrje10h@google.com>
To: nalong643@gmail.com

 YouTube

나롱이네 크리에이터님, 안녕하세요.

반론 통지를 제출해 주셔서 감사합니다. 현재 반론 통지가 저작권 삭제 요청을 제출한 신고자에게 전달
되었습니다.

반론 통지가 신고자에게 전달되었으므로 신고자는 이 날짜로부터 미국 영업일 기준 10일 이내에 회신해
야 합니다. 신고자는 논의 중인 콘텐츠가 YouTube에 복구되지 않도록 귀하를 상대로 법적 조치를 취했
다는 증명을 포함하여 회신해야 합니다. 신고자가 취해야 하는 법적 조치에 대한 자세한 내용은 고객센
터를 참조하세요.

미국 영업일 기준 10일 이내에 신고자가 회신하지 않으면 콘텐츠가 YouTube에 복구될 수 있습니다. 이
와 관련해 채널에 적용된 불이익도 삭제됩니다.

반론 통지는 법적 요청입니다. 따라서 YouTube는 법규에 따라 반론 통지를 처리해야 합니다. 절차가 처
리되는 데 시간이 다소 소요되므로 양해해 주시기 바랍니다.

반론 통지 상태가 업데이트되면 이 이메일에 답장하여 알려드립니다. YouTube 스튜디오에서 반론 통지
상태를 확인할 수도 있습니다. 처리되는 동안 반론 통지와 관련해 전달하고 싶은 정보가 더 있으면 이 이
메일에 직접 답장하여 알려주세요.

- YouTube 고객지원팀

다음과 같은 반론 통지:

반론 통지에 포함된 동영상:

- http://www.youtube.com/watch?v=ObVlpRbZ-5Q

업로더의 표시 이름: 나롱이네

This video is an animation review created under the principle of Fair Use, and we have obtained
legal advice confirming that it does not violate copyright laws. Below is a detailed explanation:


1. Purpose and Character of the Video

The video was created for the purposes of criticism, commentary, and analysis of an animated
work.
Fair Use explicitly allows such uses, as they contribute to cultural development and intellectual
discourse.
Only the minimal necessary amount of original content was used to support the critique.
Moreover, the video constitutes a transformative use, as it includes the creator's original
interpretations, opinions, and commentary, and is not a mere reproduction of the source
material.

2. Legal Basis for Fair Use

Under Section 107 of the U.S. Copyright Act, criticism, commentary, and educational use are explicitly recognized as Fair Use.
Relevant case law supporting this includes:

- Campbell v. Acuff-Rose Music, Inc. (1994): Use for parody and critique deemed fair use.
- Hosseinzadeh v. Klein (2018): Use of film clips in a YouTube review qualified as fair use.
- Sony Computer Entertainment America, Inc. v. Bleem LLC (2000): Use of game screenshots for review considered transformative.
  Additionally, under Article 30-4 of the Japanese Copyright Act, works can be used without permission if the purpose is not to exploit the author's original thoughts or emotions, and the usage does not unfairly harm the copyright holder's interests.

3. Effect on the Market Value of the Original Work

This video does not harm the market value of the original work.
On the contrary, our reviews encourage viewers to explore and purchase the original content, thereby contributing positively to its commercial success.
We also include official links to the distributor's website in the video description and pinned comments, guiding viewers toward legitimate viewing options.

4. Amount and Substantiality of the Portion Used

The video uses only small, relevant excerpts necessary for critique.
It does not include or replace the entire work, and therefore meets the Fair Use factor regarding the amount and substantiality of use.

Full legal name : Bongseop Kim

Physical/Mailing address : 256-1, Macheon-ro, Songpa-gu, Seoul, Republic of Korea / 05735

Telephone number : +82 10-9002-6431

Video URL : https://youtu.be/ObVlpRbZ-5Q

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Signature : Bongseop Kim

nalong643@gmail.com

고객센터 • 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

3/18/26, 12:42 PM                    Gmail - Re: [RPFI4AMSUE6GWGKTFQITIH56EY] 새 저작권 반론 통지

 Gmail                                       나롱이네 <nalong643@gmail.com>

### Re: [RPFI4AMSUE6GWGKTFQITIH56EY] 새 저작권 반론 통지

**YouTube Copyright** <youtube-disputes+0s6eu7kkgrje10h@google.com>        Thu, Sep 18, 2025 at 4:37 PM
Reply-To: YouTube Copyright <youtube-disputes+0s6eu7kkgrje10h@google.com>
To: nalong643@gmail.com



나롱이네 크리에이터님, 안녕하세요.

디지털 밀레니엄 저작권법(Digital Millennium Copyright Act)에 따라 이의 제기 신청서 처리를 완료했습니다.

다음 동영상 중 삭제되지 않은 동영상은 모두 복원되었습니다.

  • http://www.youtube.com/watch?v=ObVlpRbZ-5Q

- YouTube 고객지원팀

**고객센터 • 이메일 옵션**

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## K-2. Content B(Woohyuk Yang)

▶ **YouTube**

덕양소 크리에이터님, 안녕하세요.

반론 통지를 제출해 주셔서 감사합니다. 현재 반론 통지가 저작권 삭제 요청을 제출한 신고자에게 전달되었습니다.

반론 통지가 신고자에게 전달되었으므로 신고자는 이 날짜로부터 미국 영업일 기준 10일 이내에 회신해야 합니다. 신고자는 논의 중인 콘텐츠가 YouTube에 복구되지 않도록 귀하를 상대로 법적 조치를 취했다는 증명을 포함하여 회신해야 합니다. 신고자가 취해야 하는 법적 조치에 대한 자세한 내용은 고객센터를 참조하세요.

미국 영업일 기준 10일 이내에 신고자가 회신하지 않으면 콘텐츠가 YouTube에 복구될 수 있습니다. 이와 관련해 채널에 적용된 불이익도 삭제됩니다.

반론 통지는 법적 요청입니다. 따라서 YouTube는 법규에 따라 반론 통지를 처리해야 합니다. 절차가 처리되는 데 시간이 다소 소요되므로 양해해 주시기 바랍니다.

반론 통지 상태가 업데이트되면 이 이메일에 답장하여 알려드립니다. YouTube 스튜디오에서 반론 통지 상태를 확인할 수도 있습니다. 처리되는 동안 반론 통지와 관련해 전달하고 싶은 정보가 더 있으면 이 이메일에 직접 답장하여 알려주세요.

- YouTube 고객지원팀

다음과 같은 반론 통지:

반론 통지에 포함된 동영상:

- http://www.youtube.com/watch?v=H4_n70eYN-U

▶ YouTube

덕양소 크리에이터님, 안녕하세요.
디지털 밀레니엄 저작권법(Digital Millennium Copyright Act)에 따라 이의 제기
신청서 처리를 완료했습니다.
다음 동영상 중 삭제되지 않은 동영상은 모두 복원되었습니다.

* http://www.youtube.com/watch?v=H4_n70eYN-U

- YouTube 고객지원팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기
위해 발송되었습니다.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## K-3. Content C(Yeongyoon Ko)

**YouTube**

유니애니 크리에이터님, 안녕하세요.

반론 통지를 제출해 주셔서 감사합니다. 현재 반론 통지가 저작권 삭제 요청을 제출한 신고자에게 전달되었습니다.

반론 통지가 신고자에게 전달되었으므로 신고자는 이 날짜로부터 미국 영업일 기준 10일 이내에 회신해야 합니다. 신고자는 논의 중인 콘텐츠가 YouTube에 복구되지 않도록 귀하를 상대로 법적 조치를 취했다는 증명을 포함하여 회신해야 합니다. 신고자가 취해야 하는 법적 조치에 대한 자세한 내용은 고객센터를 참조하세요.

미국 영업일 기준 10일 이내에 신고자가 회신하지 않으면 콘텐츠가 YouTube에 복구될 수 있습니다. 이와 관련해 채널에 적용된 불이익도 삭제됩니다.

반론 통지는 법적 요청입니다. 따라서 YouTube는 법규에 따라 반론 통지를 처리해야 합니다. 절차가 처리되는 데 시간이 다소 소요되므로 양해해 주시기 바랍니다.

반론 통지 상태가 업데이트되면 이 이메일에 답장하여 알려드립니다. YouTube 스튜디오에서 반론 통지 상태를 확인할 수도 있습니다. 처리되는 동안 반론 통지와 관련해 전달하고 싶은 정보가 더 있으면 이 이메일에 직접 답장하여 알려주세요.

- YouTube 고객지원팀

다음과 같은 반론 통지:

반론 통지에 포함된 동영상:

- http://www.youtube.com/watch?v=EZ6POSFp27Y
- http://www.youtube.com/watch?v=OL6m9i2ymg4
- http://www.youtube.com/watch?v=Vv8EHqQVZWo
- http://www.youtube.com/watch?v=c5m2GF8wQMY

▶ **YouTube**

유니애니 크리에이터님, 안녕하세요.

디지털 밀레니엄 저작권법(Digital Millennium Copyright Act)에 따라 이의 제기 신청서 처리를 완료했습니다.

다음 동영상 중 삭제되지 않은 동영상은 모두 복원되었습니다.

- http://www.youtube.com/watch?v=c5m2GF8wQMY
- http://www.youtube.com/watch?v=OL6m9i2ymq4
- http://www.youtube.com/watch?v=EZ6POSFp27Y
- http://www.youtube.com/watch?v=Vv8EHqQVZWo

- YouTube 고객지원팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066