

## 노바법률사무소
### NOVA LAW

인천광역시 미추홀구 한나루로 436, 두원빌
T. 032-212-4047    F. 032-232-7047

2 2 2 1 9

Kim Bong Seop

T. +82 - 32 - 212- 4047

+82 - 10 - 5797 - 4047

E. case @ novalaw. kr

딩 3층 301호
E. case@novalaw.kr

RECEIVED

MAY 04 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CA

94102- SAN FRANCISCO
CA CALIFORNIA UNITED STATES of AMERICA
+14155222000  —

EXPRESS EASY    XED    _DHL_

Origin: ICN

2026-04-30 DCVS 4.0 / 2-153

From: KIM BONG SEOP
436 HANNARU-RO,
301HO
22219 INCHEON
KOREA, REPUBLIC OF (SOUTH K.)

Contact: NORTHERN DISTRICT OF CALIFORNIA

To: UNITED SATATES DISTRICT COURT
450 GOLDEN GATE AVE 16TH FLOOR
94102 SAN FRANCISCO
UNITED STATES OF AMERICA

US-JCC-JC1

ADI-UNK

Day    Time

Pce/Shpt Weight    Piece
0.39/0.5 KG    1/1

Ref Code N/A

Content Description
DOCUMENTS - GENERAL BUSINESS

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAY 04 2026
RECEIVED

WAYBILL 24 6924 0000

(2L)US94102+6CJ00000

Reference

(J) JD01 4600 0125 8629 2897

Please ensure necessary documentation is complete and all goods are packed

100% RECYCLABLE

NITY CHECKED
THIS PACKAGE HAVE BEEN CHECKED
PURPOSES THE PERSON(S) NAMED:
AME)    FOR CLIENT (PRINT NAME)
주가실
RE)    CLIENT (SIGNATURE)

SERVICE ALERT

S/)

INSTRUCTIONS / COMMENTS:







