[별지 제41호 서식]

2F,117, Seochojungang-ro,
Seocho-gu, Seoul, Korea

IL WON LAWFIRM & NOTARY OFFICE

TEL 02-582-2321
FAX 02-582-7522

Registered No. 2026-1573

# NOTARIAL CERTIFICATE



## IL WON LAWFIRM & NOTARY OFFICE

Hoonmin Tower 2F, 117, Seochojungang-ro,
Seocho-gu, Seoul, Republic of Korea

210㎜×297㎜ (보존용지(1종) 70g/㎡)

## 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료

### 김봉섭



## 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료



# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료



# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료

## 양우혁

[저작권 침해 신고] "러시아인 짝꿍이 내가 러시아어를 모른다고 생각하고 러시아어로 고백을 해온다"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

▶ YouTube

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 러시아인 짝꿍이 내가 러시아야어를 모른다고 생각하고 러시아어로 고백을 해온다

감사합니다.
YouTube팀

**고객센터 · 이메일 옵션**

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

▶ YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료

[저작권 침해 신고] "2회차 인생을 시작한 '영애'가 잘생긴 흑막과 약혼하게 되면 일어나는 일"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

**▶ YouTube**

덕망소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 2회차 인생을 시작한 '영애'가 잘생긴 흑막과 약혼하게 되면 일어나는 일

감사합니다,
YouTube팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.



**▶ YouTube**

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료



# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료

[저작권 침해 신고] "닌자가 암살자한테 잘 못 걸려서 협박당하는 개꿀잼 병맛 애니 ㅋㅋㅋㅋㅋㅋㅋㅋㅋ"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com



**YouTube**

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 닌자가 암살자한테 잘 못 걸려서 협박당하는 개꿀잼 병맛 애니 ㅋㅋㅋㅋㅋㅋㅋㅋ

감사합니다.
YouTube팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련한 정부 필수신 소식을 알려드리기 위해 발송되었습니다.

**YouTube**

© 2025 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## 별지  B KADOKAWA 의  저작권  침해  신고  취소  관련  YouTube 통지 자료

[저작권 침해 신고] "얼굴로 웃기는 정신나간 개그 탐정 애니메이션 ㅋ ㅋㅋㅋㅋㅋㅋ"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람   YouTube <no-reply@youtube.com>

받는사람   yyyjhong7@naver.com



덕망소님, 안녕하세요.

좋은 소식을 전해드립니다. 며의 재기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 얼굴로 웃기는 정신나간 개그 탐정 애니메이션 ㅋㅋㅋㅋㅋㅋㅋ

감사합니다.
YouTube팀

# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료

[저작권 침해 신고] "'그 작가' 신작 애니ㅋㅋㅋㅋㅋㅋ 반 친구가 자꾸 자기가 귀엽냐고 앵겨온다"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

 YouTube

덕명소님, 안녕하세요.

좋은 소식을 선해드립니다. 이의 재기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** '그 삭가' 신작 애니ㅋㅋㅋㅋㅋ 반 진구가 자꾸 자기가 귀엽냐고 앵겨온다

감사합니다.
YouTube팀

# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료

## 고영윤



## 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료



## 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료



유니애니님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 마법이 없는 이세계에 전생한 남자가 누나랑 근X을 하면서 마법을 사용할 수 있게 된다면?

감사합니다.
YouTube팀



# 별지 B KADOKAWA 의 저작권 침해 신고 취소 관련 YouTube 통지 자료



YouTube

유니애니님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 황실 파티에서 해고된 최강의 검사가 대국의 왕녀와 "종신 노예계 약"에 성공한다면?

감사합니다.
YouTube팀

**고객센터 · 이메일 옵션**

본 이메일은 YouTube 채널 또는 계정과 관련한 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

## BONGSEOP KIM



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

## WOOHYUK  YANG

**[저작권 침해 신고] "러시아인 짝꿍이 내가 러시아어를 모른다고 생각하고 러시아어로 고백을 해온다"에 대한 저작권 침해 신고가 취소되었습니다**

보낸사람   YouTube <no-reply@youtube.com>

받는사람   yyyjhong7@naver.com

2024년 9월 10일 (화) 오전 10:53

### ▶ YouTube

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 러시아인 짝꿍이 내가 러시아어를 모른다고 생각하고 러시아어로 고백을 해온다

감사합니다.
YouTube팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

▶ YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

[저작권 침해 신고] "2회차 인생을 시작한 '영애'가 잘생긴 흑막과 약혼 하게 되면 일어나는 일"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

2024년 12월 5일 (목) 오전 1:27

**YouTube**

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 2회차 인생을 시작한 '영애'가 잘생긴 흑막과 약혼하게 되면 일어 나는 일

감사합니다.
YouTube팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

[저작권 침해 신고] "용사고 나발이고 그냥 죽고 싶어 하는 미친 주인공 ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

2025년 4월 24일 (목) 오전 10:41

▶ YouTube

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 용사고 나발이고 그냥 죽고 싶어 하는 미친 주인공 ㅋㅋㅋㅋㅋㅋㅋ ㅋㅋㅋㅋㅋ

감사합니다.
YouTube팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

▶ YouTube

© 2025 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

[저작권 침해 신고] "닌자가 암살자한테 잘 못 걸려서 협박당하는 개꿀잼 병맛 애니 ㅋㅋㅋㅋㅋㅋㅋㅋㅋ"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

2025년 5월 15일 목 오전 10:27

▶ YouTube

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 닌자가 암살자한테 잘 못 걸려서 협박당하는 개꿀잼 병맛 애니 ㅋㅋㅋㅋㅋㅋㅋㅋ

감사합니다.
YouTube팀

고객센터 · 이메일 옵션

이 이메일은 YouTube 제품 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

▶ YouTube

© 2025 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

[저작권 침해 신고] "얼굴로 웃기는 정신나간 개그 탐정 애니메이션 ㅋ
ㅋㅋㅋㅋㅋㅋ"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람    YouTube <no-reply@youtube.com>

받는사람    yyyjhong7@naver.com

2025년 7월 16일 (수) 오전 11:29

▶ YouTube

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이
귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 얼굴로 웃기는 정신나간 개그 탐정 애니메이션 ㅋㅋㅋㅋㅋㅋㅋ

감사합니다.
YouTube팀



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

[저작권 침해 신고] "'그 작가' 신작 애니ㅋㅋㅋㅋㅋㅋ 반 친구가 자꾸 자기가 귀엽냐고 앵겨온다"에 대한 저작권 침해 신고가 취소되었습니다

보낸사람     YouTube <no-reply@youtube.com>

받는사람     yyyjhong7@naver.com

2025년 9월 22일 (월) 오전 10:36


YouTube

덕양소님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** '그 작가' 신작 애니ㅋㅋㅋㅋㅋㅋ 반 친구가 자꾸 자기가 귀엽냐고 앵겨온다

감사합니다.
YouTube팀

# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

## YOUNGYOON  KO

 YouTube

유니애니님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 모든 남자의 거세가 목표인 여학교에, 엄청난 신체 능력을 가진 남학생이 전학왔다!

감사합니다.
YouTube팀

**고객센터 · 이메일 옵션**

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다

YouTube



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA

**▶ YouTube**

유니애니님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 여친과 ㅅ파의 사이를 원하는 남자

감사합니다.
YouTube팀

**고객센터 · 이메일 옵션**

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다.

**▶ YouTube**

© 2025 Google LLC d/b/a YouTube. 901 Cherry Ave, San Bruno, CA 94066



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA



YouTube

유니애니님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 미법이 없는 이세계에 전생한 남자가 누나랑 큰X을 하면서 마법을 사용할 수 있게 된다면?

감사합니다.
YouTube팀



# Exhibit B YouTube Notices Confirming Withdrawal of Copyright Claims by KADOKAWA



YouTube

유니애니님, 안녕하세요.

좋은 소식을 전해드립니다. 이의 제기 검토 후 KADOKAWA CORPORATION님이 귀하의 YouTube 동영상에 대한 저작권 침해 신고를 취소하기로 결정했습니다.

**동영상 제목:** 용사 파티에서 해고된 최강의 검사가 대국의 왕녀와 "종신 노예계약"에 성공한다면?

감사합니다.
YouTube팀

고객센터 · 이메일 옵션

본 이메일은 YouTube 채널 또는 계정과 관련된 정보 및 최신 소식을 알려드리기 위해 발송되었습니다

[별지 제45호 서식]

위 번역문은 원문과 상위없음을 서약합니다.

2026년 5월 4일

서약인 ㅤ (인)

I swear that the attached translation is true to the original.

May 4, 2026

Signature

---

등부 2026년 제1573호

인  증

위 서약인 서민경은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인하였다.

2026년 5월 4일 이 사무소에서 위 인증한다.

공증사무소명칭
 공증인가 법무법인 일원
소속
 서울중앙지방검찰청
소재지표시
 서울특별시 서초구 서초중앙로 117
 (서초동,훈민타워2층)

공증담당변호사 유진

Registered No. 2026-1573

NOTARIAL CERTIFICATE

SEO, MINKYUNG personally appeared before me, confirmed that the attached translation is true to the original and subscribed her name.

This is hereby attested on this 4th day of May, 2026 at this office.

Name of the office
IL WON LAWFIRM & NOTARY OFFICE

Belong to
Seoul Central District Prosecutors' Office

Address of the office
Hoonmin Tower 2F, 117,
Seochojungang-ro,
Seocho-gu, Seoul, Republic of Korea

YooJin

(Signature of Notary Public)

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public since February 7, 2025 under Law No. 15150.

210㎜×297㎜ (보존용지(1종) 70g/㎡)