UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to YouTube, LLC, | Case No. 3:26-mc-80008-TLT<br><br>NOTICE OF APPEAL |

**1**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Movants Bongseop Kim, Woohyuk Yang, and Youngyoon Ko, pro se, in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Re: Motion to Quash Subpoena (Dkt. No. 20), entered in this action by the Honorable Trina L. Thompson on July 17, 2026, denying Movants' Motion to Quash Subpoena (Dkt. No. 4), and from each and every part thereof.

A copy of the Order appealed from is on file with the Clerk of the District Court as Docket Entry No. 20 in this action.

**PARTIES TO THE APPEAL**

Appellants: Bongseop Kim, Woohyuk Yang, and Youngyoon Ko (Movants below)

Appellee: KADOKAWA Corporation (Petitioner below)

**REPRESENTATION STATEMENT**

Appellants Bongseop Kim, Woohyuk Yang, and Youngyoon Ko are proceeding pro se and may be contacted at the address, telephone number, and email listed above. Appellee KADOKAWA Corporation is represented below by Duy Thai and Marco Martemucci of Gamma Law, P.C., One Sansome Street, Suite 1400, San Francisco, California 94104.

**JURISDICTIONAL STATEMENT**

The Order appealed from resolved the entirety of the miscellaneous proceeding pending before the District Court (Dkt. No. 4), leaving nothing further for that court to decide in this action. Appellants further submit that appellate jurisdiction also exists because the subpoena is directed to a disinterested third party (YouTube LLC), making immediate appellate review appropriate under the Perlman doctrine.

Accordingly, Appellants submit that the Order is a final, appealable order within the meaning of 28 U.S.C. § 1291, and this appeal is timely under Fed. R. App. P. 4(a)(1)(A), being filed within 30 days of entry of the Order on July 17, 2026.

Dated: July <u>28</u>, 2026                    Respectfully submitted,

*/s/ Bongseop Kim*

Bongseop Kim

*/s/ Woohyuk Yang*

Woohyuk Yang

*/s/ Youngyoon Ko*

Youngyoon Ko

Movants Pro Se

Phone: +82-10-2630-4047

Email: nova@novalaw.kr (for correspondence)