Gmail

유니애니 <yesli8648@gmail.com>

# Urgent Request to Temporarily Refrain from Producing Identifying Information – Google Internal Ref. No. 122909005 / Case No. 3:26-mc-80008-TLT

**google-legal-support@google.com** <google-legal-support@google.com> 2026년 7월 30일 오전 2:58
받는사람: yesli8648@gmail.com

Hello,

Google has received a MOVANTS' MOTION FOR STAY OF ORDER PENDING APPEAL and NOTICE OF APPEAL. As such, Google will await the Court’s ruling before taking any further action.

Regards,
Legal Investigations Support
Google Internal Ref. No. 122909005
[받은메일 숨김]